against the Automobile Tire Company. G. L. Lewis, of New York City, for appellant. W. P. McKown, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DENNIN, Appellant, v. FINUCANE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Hannah C. Dennin against Thomas W. Finucane and others.

PER CURIAM. Order modified, by striking out the paragraph of the order numbered "sixth," and by striking out the words "and the means through which," from the paragraph of the order numbered "ninth," and all of the following paragraph, which provides that for failure to serve bill of particulars plaintiff shall be precluded from giving evidence, etc., and, as so modified, the order is affirmed, without costs of this appeal to either party.

DENNIN, Respondent, v. WOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Hannah C. Dennin against Hiram R. Wood and others, as executors, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the personal representatives of the several deceased joint tortfeasors may not be joined as parties defendants in one action. Rehearing denied, leave to appeal to Court of Appeals granted, and question certified, 147 N. Y. Supp. 1107.

ROBSON, J., dissents.

DENNIN, Respondent, v. WOOD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Hannah C. Dennin against Hiram R. Wood and others, as executors, etc. No opinion. Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former decision, see 147 N. Y. Supp. 1107.

DESSAR, Respondent, v. HIRSCH et al., Appellants. (No. 5881.) (Supreme Court, Appellate Division, First Department. May 29, 1914.) Appeal from Appellate Term, First Department. Action by Leo C. Dessar, as executor, against Charles S. Hirsch and others, as executors. An order of the City Court denying plaintiff's motion to set aside a verdict for defendant and for a new trial was reversed by the Appellate Term (145 N. Y. Supp. 51), and judgment ordered in favor of plaintiff, and defendants appeal. Reversed, and order of City Court affirmed. See, also, 146 N. Y. Supp. 1089. Sidney Bernheim, of New York City, for appellants. Emanuel J. Myers, of New York City, for respondent.

PER CURIAM. We think there was a question of fact as to whether the person writing the letter was an agent of the decedent and authorized to make a lease of the property for her, which was fairly submitted to the jury, and its verdict should not be disturbed. It follows that the determination of the Appellate Term, reversing the order denying a motion for a new trial and dismissing the complaint, should be reversed, with costs in this court and in the Appellate Term, and the order of the City Court affirmed.

DE RAISMES v. UNITED STATES LITHOGRAPH CO. et al. (2 cases). (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by Francis J. J. De Raismes against the United States Lithograph Company and others. No opinion. Motions granted, questions certified, and orders filed. See, also, 146 N. Y. Supp. 813.

In re DEVOY, County Clerk. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) In the matter of the application of Charles S. Devoy, County Clerk of Kings County, for an order authorizing the destruction of books and papers. No opinion. Motion granted in part. Settle order on notice before Mr. Justice Rich.

DICK et al. v. SOHMER, State Comptroller. (Supreme Court, Appellate Division, Third Department. May 21, 1914.) In the matter of the application of Evans R. Dick and others, copartners doing business as Dick Bros. & Co., for a peremptory writ of mandamus against William Sohmer, as Comptroller of the State of New York. No opinion. Motion granted. See, also, 81 Misc. Rep. 522, 143 N. Y. Supp. 475; 145 N. Y. Supp. 1120.

In re DICK'S WILL. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) In the matter of the application for the probate of the last will and testament of Louisa O. Dick, deceased. No opinion. Decree of the Surrogate's Court of Queens County affirmed, with costs of appeal payable out of the estate.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion denied, without costs. See, also, 146 N. Y. Supp. 1089; 147 N. Y. Supp. 1107.

CARR, J., takes no part.

DICKEY, Appellant, v. GORTNER, Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Paul Dickey against Christopher A. Gortner.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied. We decided a similar application adversely to the appellant on November 7, 1913. The appellant, appealing from a final judgment in equity, does not require leave. He could appeal as a matter of right, if he took his appeal seasonably. If he did not, we cannot extend his time to appeal indirectly by granting leave. See, also, 147 N. Y. Supp. 1107.

CARR, J., takes no part.

DIDIER, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Joseph

A. Didier against Frank C. Clark. E. D. Bolton, of New York City, for appellant. A. S. Bacon, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 903, 135 N. Y. Supp. 1108.

DIETELBAUM v. PACH, PHOTOGRAPHER, Inc. (Supreme Court, Appellate Term, First Department. June 3, 1914.) Appeal from Municipal Court, Borough of Manhattan, Fourth Department. Action by Isidor Dietelbaum, doing business as the Central Cornice Works, against Pach, Photographer, Incorporated. Judgment for the plaintiff, and defendant appeals. Affirmed. Neil P. Cullom, of New York City, for appellant. Herman Turkel, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GUY and BIJUR, JJ., concur.

PENDLETON, J. (dissenting). The action is brought against the defendant corporation to hold it liable for damages for failure to allow plaintiff to carry out a contract for the construction of a skylight. Plaintiff claims the contract was negotiated by one Morris for defendant, and was ratified by defendant after its incorporation. To establish this, he relies on alleged conversations with Morris and Pach, alleged officers of defendant company. The evidence as to the ratification by defendant was conflicting, and presented an issue for the jury. By the rulings at the end of the evidence, the court, in effect, refused to leave the question of defendant's ratification to the jury, treating it, apparently, as a question of law only, and practically, in effect, told the jury not to consider that question. To this defendant excepted. This was error. The judgment should be reversed, and a new trial granted, with costs to appellant to abide the event.

DIOMEDE, Respondent, v. BUFFALO CAR WHEEL FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Sam Diomede against the Buffalo Car Wheel Foundry Company. No opinion. Judgment affirmed, with costs.

DOELL, Respondent, v. WILLIAM S. RILEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914.) Action by Henry F. Doell against the William S. Riley Company. No opinion. Judgment affirmed, with costs.

DONLON, Respondent, v. SOLVAY PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by William Donlon against the Solvay Process Company. No opinion. Judgment and order affirmed, with costs.

DONNELLY v. H. C. & A. I. PIERCY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Theresa M. Donnelly, as ancillary executrix, against the H. C. & A. I. Piercy Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 73

DUFFY, Appellant, v. PLACE, Respondent. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Owen Duffy against James E. Place. N. Blank, of New York City, for appellant. H. C. Allen of New York City, for respondent. No opinion. Order, so far as appealed from, reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

DUKE, Respondent, v. AMERICAN MUSEUM OF NATURAL HISTORY, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Frank Duke against the American Museum of Natural History. E. C. Sherwood, of New York City, for appellant. A. O. Townsend, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 158 App. Div. 919, 143 N. Y. Supp. 1114; 147 N. Y. Supp. 1108.

DUKE v. AMERICAN MUSEUM OF NATURAL HISTORY. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Frank Duke against the American Museum of Natural History. No opinion. Motion granted. Order filed. See, also, 147 N. Y. Supp. 1108.

DURAND v. GREGORY et al. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by John E. Durand, as executor, etc., against John H. Gregory and others, as executors, etc., and another. No opinion. Action upon the submission dismissed, without costs, except actual disbursements. Held, that the plaintiff has no equitable right to compel the defendant Central Bank to proceed against the Wilder estate. Settle order before Mr. Justice Merrell on two days' notice. Motion for rehearing denied, 147 N. Y. Supp. 1108.

DURAND v. GREGORY et al. (Supreme Court, Appellate Division, Fourth Department. March 25, 1914.) Action by John E. Durand, as executor, etc., against John H. Gregory and others, as executors, etc., and another. No opinion. Motion for reargument denied. For former decision, see 147 N. Y. Supp. 1108.

DWYER v. GREENBLATT. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Elizabeth Dwyer against Louis Greenblatt. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

EDWARDS, Appellant, v. COAL TAR PRODUCT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Thomas Edwards against the Coal Tar Product Company. No opinion. Judgment and order unanimously affirmed, with costs.